IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO: 12-MJ-228 |
|---|---|---|
| | ) | MISDEMEANOR |
| v. | ) | |
| | ) | |
| ASLAM SAQIB | ) | Court Date: April 16, 2012 |

## CRIMINAL INFORMATION

(COUNT I - Class A Misdemeanor - 2019429)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 1, 2012, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ASLAM SAQIB, did unlawfully operate a motor vehicle upon a highway of the commonwealth after his license or privilege was suspended or revoked.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-301, 1950 as amended.)

Respectfully Submitted,

Neil H. MacBride
United States Attorney

E. P. Winkofsky
Special Assistant
United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed, postage prepaid, on this  4  day of April 2012 to:

ASLAM SAQIB

By: *[signature]*
E. P. Winkofsky
Special Assistant
United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3834
Fax: (703) 299-3980